**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DO NO HARM and DR. TRAVIS MORRELL,<br><br>        Plaintiffs,<br><br>   - against -<br><br>DRDINAMD LLC, d/b/a FIND A BLACK DOCTOR and DR. DINA STRACHAN,<br><br>        Defendants. | Case No. 1:26-cv-04152-CM |

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrew J. Lichtman of Willkie Farr & Gallagher LLP is admitted or otherwise authorized to practice in this Court, and hereby appears of record for Defendants DRDINAMD LLC, d/b/a FIND A BLACK DOCTOR and DR. DINA STRACHAN in the above-captioned matter and respectfully requests that copies of all papers in this action be served upon the undersigned.


DATED:  June 18, 2026
       New York, New York


                */s/ Andrew J. Lichtman*
                **WILLKIE FARR & GALLAGHER LLP**
                Andrew J. Lichtman (New York Bar No. AL1208)
                787 Seventh Avenue
                New York, NY 10019-6099
                Tel: (212) 728-8000
                Fax: (212) 728-8111
                alichtman@willkie.com

                *Counsel for Defendants DRDINAMD LLC, d/b/a*
                *FIND A BLACK DOCTOR and DR. DINA*
                *STRACHAN*