Case 1:26-cv-04152-CM Document 46 Filed 09/01/26 Page 1 of 2

Consovoy McCarthy PLLC

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2026

September 1, 2026

**VIA ECF**

Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

OK, extension granted.
Colleen McMahon
9/2/2026

**Re: Do No Harm et al. v. DRDINAMD LLC et al. 1:26-cv-04152**

Dear Judge McMahon,

This firm represents the Plaintiffs in this case. We respectfully request a 14-day extension of time to file our opposition to Defendants' motion to dismiss. *See* Dkt. 44. Plaintiffs' opposition is currently due September 14, 2026. If the requested extension is granted, Plaintiffs' opposition will be due September 28, 2026. Defendants' counsel does not oppose this request on the condition that Defendants also receive a 14-day extension of time to file their reply. This is the first requested extension by either party.

Good cause exists for the requested extension. Additional time is needed to prepare the opposition to the motion to dismiss, and Plaintiffs' lead counsel has impending deadlines and obligations in multiple other cases, including:

a. A mediation in New York City on September 2;

b. An oral argument on September 11 in *American Alliance for Equal Rights v. Raoul*, No. 25-2461 (7th Cir.);

c. An opening brief currently due on September 14 in *Patel v. Commissioner of Internal Revenue*, 26-60180 (5th Cir.);

d. A reply brief currently due on September 21 in *Lewellen v. Blanche*, No. 26-10312 (5th Cir.);

e. An opposition to a motion to dismiss currently due on September 21 in *Students for Fair Admissions v. Kamehameha Schools*, No. 1:25-cv-00450-MWJS-RT (D. Haw.);

f. A reply brief currently due on October 2 in *CIC Services v. IRS*, 26-5210 (6th Cir.);

Case 1:26-cv-04152-CM Document 46 Filed 09/01/26 Page 2 of 2



g. A reply to a motion for summary judgment, opposition to cross-motion for summary judgment, and opposition to *Daubert* motions currently due October 5 in *Carman v. United States*, No. 5:22-cv-149-KKC (E.D. Ky.);

h. and active discovery in five federal cases.

Accordingly, Plaintiffs respectfully request a 14-day extension of time to file an opposition to Defendants' motion to dismiss. This Court has granted motions in similar situations on several occasions. *See, e.g.*, Doc. 62, 78, *Hamilton v. City of New York*, No. 1:24-cv-02550 (S.D.N.Y.) (McMahon, J.); Doc. 14, *In re Purdue Pharma, L.P.*, No. 24-cv-7042 (S.D.N.Y.) (McMahon, J.); Doc. 127, *Naprstek v. Marriott International*, No. 1:21-cv-08560 (S.D.N.Y.) (McMahon, J.). Plaintiffs request the Court do so here as well.

Sincerely,

*/s/ Cameron T. Norris*