Consovoy McCarthy PLLC

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

October 23, 2026

Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Do No Harm v. DRDINAMD*, No. 1:26-cv-04152

Dear Judge McMahon:

I am one of the attorneys for Plaintiffs in this matter and write concerning the Rule 16 conference re-scheduled to November 12, 2026. I am unavailable on that day as I will be traveling to North Carolina and preparing for a deposition scheduled for the next day in another matter. However, I can be available on November 9, 10, 16, 17, or 18 for the Rule 16 conference in this case.

Respectfully submitted,

*/s/ Frank H. Chang*

Frank H. Chang
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
frank@consovoymccarthy.com

cc: All parties (via CM/ECF)