Consovoy McCarthy PLLC

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

10/23/2026

Mr. Chang –
I do conference on Thursday, 11/19/26 at 10:30 am

October 23, 2026

Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Do No Harm v. DRDINAMD*, No. 1:26-cv-04152

Dear Judge McMahon:

I am one of the attorneys for Plaintiffs in this matter and write concerning the Rule 16 conference re-scheduled to November 12, 2026. I am unavailable on that day as I will be traveling to North Carolina and preparing for a deposition scheduled for the next day in another matter. However, I can be available on November 9, 10, 16, 17, or 18 for the Rule 16 conference in this case.

DATE FILED: 10/23/2026

Respectfully submitted,

*/s/ Frank H. Chang*
Frank H. Chang
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
frank@consovoymccarthy.com

cc: All parties (via CM/ECF)